

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-21-00145-CR

_____

**TURNER PERRY TAYLOR,**

                                   **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                   **Appellee**

_____

### From the County Court at Law No. 1
### McLennan County, Texas
### Trial Court No. 20171417CR1

_____

## MEMORANDUM OPINION

_____

Turner Perry Taylor was convicted of Driving While Intoxicated and sentenced to 180 days in jail. That sentence was suspended and Taylor was placed on community supervision-probation for 15 months. After a motion to revoke was filed by the State and heard by the trial court, Taylor's community supervision-probation was extended six months from the date of the order. After another motion to revoke was filed by the State and heard by the trial court, Taylor's community supervision-probation was revoked, and he was sentenced to 170 days in jail with a $1,000 fine. We affirm the trial court's judgment.

Taylor's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); s*ee also Kelly v. State*, 436 S.W.3d 313, 319-320 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988). After a review of the entire record in this appeal, we have determined the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment.

Counsel's motion to withdraw from representation of Taylor is granted.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Affirmed; motion granted
Opinion delivered and filed February 23, 2022
Do not publish
[CR25]

